FILED

06/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0530

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 19-0530

**SCOTT SPERLE**,

Petitioner and Appellant,

v.

**STATE OF MONTANA**,

Respondent and Appellee.

**ORDER**

Upon unopposed motion of Appellant,

IT IS HEREBY ORDERED that Appellant's Reply Brief be filed on or

before June 10, 2020.

DATED this _____ day of June, 2020.

By:_____
          Mike McGrath
          Chief Justice

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 3 2020